UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| SHIRLEY L. BENCH, ROBERT W. BOOTH, Jr., ROBERT T. CARBINES, ALLEN J. FRANCIS, JERRY DALE, HARRY BRICE and ALFRED J. LONGVAL, on behalf of themselves and others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>THE WALT DISNEY COMPANY; WALT DISNEY PRODUCTIONS AND ASSOCIATED COMPANIES' RETIREMENT PLAN; DISNEYLAND AND ASSOCIATED COMPANIES' RETIREMENT PLAN; MAPO RETIREMENT PLAN; WALT DISNEY WORLD CO. AND ASSOCIATED COMPANIES' RETIREMENT PLAN; DISNEY SALARIED RETIREMENT PLAN, and DOES 1 THROUGH 20,<br><br>Defendants. | CASE NO. CV-97-8203 TJH (AIJx)<br><br>[~~PROPOSED~~]<br>ORDER APPROVING ATTORNEYS' FEE AWARD |

### ORDER OF COURT

On December 5, 2001, the parties filed with this Court their Addendum to the Stipulation and Settlement Agreement of August 11, 1999 (hereinafter "Addendum"), and moved for preliminary approval of the Addendum. On January 18, 2002, this Court issued an Order Preliminarily Approving Addendum to Settlement of Class Action Lawsuit, And Modifying Class Definition. By that Order, the Court set a date for the final hearing and deadlines for mailing notices and filing opt-out elections and objections. On January 18, 2002, this Court also issued an Order Granting Preliminary Approval of Award of Attorneys' Fees.

On May 13, 2002, pursuant to Rule 23 of the Federal Rules of Civil Procedure, the Court conducted a hearing in order to consider the fairness of the Addendum and to make a final determination as what fee award is appropriate. Prior to that hearing, notices were duly mailed to the Class Members, who had an opportunity both to file objections to the Addendum and to opt out of the Addendum. No objections were filed and one Class Member opted out of the Addendum.

Upon consideration of the submissions of the parties, the pleadings, and the other materials submitted in this lawsuit, it is hereby ORDERED:

1. Plaintiffs' counsel's request for an award of attorneys' fees and expenses is GRANTED, in accordance with the following:

(a) Paragraph 18 of the Addendum as to attorneys' fees and expenses provides that, subject to Court approval, Disney will contribute $1.15 million toward a combined common fund and statutory attorneys' fee award. This amount represents (1) fees payable under ERISA and (2) a common fund fee award attributable to the benefits Class Members' counsel secured by preserving or creating rights to <u>future</u> retiree medical benefits. The Court finds that this amount (totaling $1,150,000) is fair and reasonable, and therefore approves it. Disney shall forward this amount, including interest at the rate of five percent per annum, compounded quarterly from August 1, 2001, that has been earned on this amount to the date of payment, to Plaintiffs' counsel within thirty (30) days after the date of this Order, provided no appeal has been taken from this Order. If there is an appeal which results in an affirmance of the Order, then Disney shall make the payment within ten (10) days of such affirmance becoming final, including interest earned to the date of payment.

(b) In addition, Paragraph 18(c) of the Settlement provides that Disney will pay the expenses of Class Members' Counsel in the amount of $10,000 associated with pursuing the claims resolved by the Addendum. The Court finds such reimbursement is fair and reasonable, and therefore approves it. Disney shall

1  forward this payment to Plaintiffs' counsel within thirty (30) days after the date of
2  this Order, provided no appeal has been taken from this Order.
3      2.   All payouts pursuant to the Addendum are stayed until any appeals
4  relating to fees or other issues are resolved.

6  DATED: 5-13-02

              _____
                    TERRY J. HATTER
              UNITED STATES DISTRICT JUDGE

## PROOF OF SERVICE - F.R.C.P. 5(b)

I, MARGARITA VALDEZ, the undersigned, certify and declare that I am a citizen of the United States, over the age of eighteen years, employed in the County of Los Angeles, State of California, and not a party to this action. On April 18, 2002, I served a true copy of **[PROPOSED] ORDER APPROVING ATTORNEYS' FEE AWARD**

___ by personally delivering it to the person(s) indicated below in the manner provided in F.R.C.P. 5(b)

_X_ by depositing it in the United States mail at Los Angeles, California, in a sealed envelope with postage thereon fully prepaid to the following:

Phyllis Kupferstein, Esq.
Quinn Emanuel Urquhart, Oliver & Hedges LLP
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543

I hereby certify that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

Executed on April 18, 2002, at Los Angeles, California.

_____
MARGARITA VALDEZ